BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12-CV-01010-AWI-SAB |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SCHEDULING ORDER** |
| v. | |
| APPROXIMATELY $16,755.00 IN U.S. CURRENCY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the United States of America and Claimant James Bastin, by and through their undersigned attorneys as follows:

1. On September 6, 2012, the parties in this matter submitted their Joint Scheduling Report setting forth the various discovery, disclosure, and dispositive motion dates, as required pursuant to FRCP Rule 16(b);

2. The United States has recently been notified that the state criminal case, Stanislaus Superior Court case number 1439719 against James Bastin and Sarah Bastin, which related to transactions or events forming the basis for this civil forfeiture action, has been resolved with the convictions of both James Bastin and Sarah Bastin. Further, the United States has been advised that James Bastin and

1  Sarah Bastin have been remanded to custody at the Stanislaus County Jail to serve
2  their sentences.
3       3.     Due to the need to coordinate with Stanislaus County Jail for the
4  purposes of facilitating full and complete discovery including but not limited to the
5  coordination of depositions for both James Bastin and Sarah Bastin, the parties
6  now jointly agree the discovery and disclosure dates currently set forth in the Joint
7  Scheduling Report and the Court's Scheduling Order issued pursuant thereto
8  should be extended approximately sixty (60) days;
9       4.     The parties hereby stipulate that the discovery dates set forth in the
10 parties' Joint Scheduling Report and in the Court's October 10, 2012 Scheduling
11 Order (Doc. 10) should be changed to the following dates:

| Event | Current Date/Deadline | Proposed New Date |
| --- | --- | --- |
| Non-Expert Discovery | June 25, 2013 | August 23, 2013 |
| Expert Disclosure | July 15, 2013 | September 13, 2013 |
| Expert Discovery | August 30, 2013 | October 29, 2013 |
| Non-Dispositive Filing | September 25, 2013 | November 22, 2013 |
| Dispositive Filing Deadline | October 25, 2013 | December 20, 2013 |

18      5.     All other dates, as set forth in the Court's Order issued October 10,
19 2012 (Doc. 10) remain unaffected by this stipulation including the January 27,
20 2014, pretrial hearing date and April 1, 2014, trial date.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

6. This is the Parties' first request for an extension and no further extensions are currently anticipated.

Respectfully submitted,

Dated: June 11 , 2013      BENJAMIN B. WAGNER
United States Attorney

/s/ Heather Mardel Jones
HEATHER MARDEL JONES
Assistant United States Attorney

Dated: June 5 , 2013      /s/ Robert L. Forkner
ROBERT L. FORKNER
Attorney for Claimant
James Bastin

**IT IS SO ORDERED.**

All discovery deadlines and pre-trial motion dates currently set forth in the Court's October 12, 2012 Scheduling Order (Doc. 10) shall be rescheduled to those dates stipulated to by the parties, as set forth above. All other dates, as set forth in the Court's Order issued October 12, 2012 (Doc. 10) remain unaffected by this stipulation including the January 27, 2014, pretrial hearing date and April 1, 2014, trial date.

IT IS SO ORDERED.

Dated:   **June 17, 2013**

UNITED STATES MAGISTRATE JUDGE

3