# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $16,755.00 IN U.S. CURRENCY,<br><br>        Defendant. | Case No.  1:12-cv-01010-AWI-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>ECF NO. 18 |

    On September 17, 2013, Plaintiff United States of America ("Plaintiff") filed a motion to strike the claim of James Bastin ("Claimant") and for default judgment. (ECF No. 17.) On October 18, 2013, the magistrate judge assigned to this case issued a Findings and Recommendations recommending that the motion to strike the claim be granted and that the motion for default judgment be denied. (ECF No. 18.) The Findings and Recommendations contained notice that any objections were to be filed within fourteen (14) days. No party has filed objections to the Findings and Recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

/ / /

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations dated October 18, 2013 are ADOPTED IN FULL;
2. Plaintiff's motion to strike the claim of James Bastin is GRANTED.  The claim filed on July 12, 2012 by James Bastin is hereby STRICKEN; and
3. Plaintiff's motion for default judgment is denied.

IT IS SO ORDERED.

Dated:   November 25, 2013                    _____
                                               SENIOR  DISTRICT  JUDGE

2