1 | BENJAMIN B. WAGNER
United States Attorney
2 | HETHER MARDEL JONES
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile:  (559) 497-4099
5 |

6 | Attorneys for United States of America

7 |

8 |         IN THE UNITED STATES DISTRICT COURT

9 |            EASTERN DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA,                    CASE NO.  1:12-CV-1010-AWI-SAB

12 |                          Plaintiff,          **REQUEST AND  ORDER TO VACATE PRE-TRIAL CONFERENCE AND TRIAL**

13 |                  v.

14 | APPROXIMATELY $16,755.00 IN U.S. CURRENCY

15 |                          Defendant.

16 |

17 |         As a Clerk's Entry of Default has been entered as to all known Potential Claimants

18 | and the United States *Ex Parte* Application For Default Judgment is currently pending

19 | with the Court, the United States respectfully requests that the Pre-Trial Conference set

20 | for January 30, 2014 and the Trial set for April 1, 2014 be vacated.

21 |

22 | January 23, 2014                           BENJAMIN B. WAGNER
                                            United States Attorney
23 |

24 |                                            /s/ Heather Mardel Jones
                                            HEATHER MARDEL JONES
25 |                                            Assistant United States Attorney

26 |                              **ORDER**

27 |         Good cause having been shown, IT IS HEREBY ORDERED that the Pre-Trial

28 | ///

Request and [Proposed] Order to Vacate          1
Pre-Trial Conference and Trial

1    Conference set for January 30, 2014 and the Trial set for April 1, 2014 are vacated

2

3  IT IS SO ORDERED.

4  Dated:  January 23, 2014                        _____
                                                    SENIOR  DISTRICT  JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Request and [Proposed] Order to Vacate            2
Pre-Trial Conference and Trial